IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| STEVEN RAY THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-595-L |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 7, 2013, Magistrate Judge Robert E. Bacharach entered his Report and Recommendation in this matter, recommending that the court should reverse and remand for further findings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, **the decision of the Commissioner is reversed and the case is remanded to the Commissioner for further finding in accordance**

**with the January 7, 2013 Report and Recommendation of the Magistrate Judge [Doc. No. 18].**

It is so ordered this 15th day of February, 2013.

*Tim Leonard*
TIM LEONARD
United States District Judge